# Exhibit 1

## Memo From PADOC Secretary George M. Little


**pennsylvania**
DEPARTMENT OF CORRECTIONS

TO          All Inmates

FROM        George M. Little
            Secretary of Corrections

DATE        February 24, 2022

RE:         Transition to Fellowship Meals

The Department currently offers Ceremonial meals pursuant to DC-ADM 819. For these meals, Food Services prepares a separate meal apart from the mainline meal, and inmates are able to purchase optional menu items. With the ever-growing number of faith groups accommodated within the Department, a change in policy is needed to continue to strive for equity among those faith groups.

Beginning January 1, 2023, faith groups accommodated with Ceremonial Meals will instead be accommodated with up to two (2) Fellowship Meals a year. Fellowship Meals permit inmates of those faith groups to provide input on the mainline "best meal" to be served at two holy day observances per year; however, optional menu items will no longer be available. Additionally, members of each faith group will be able to eat together and afterwards engage in thirty (30) minutes of fellowship, provided communal gatherings are permitted at that time.

Faith groups previously accommodated with Ceremonial Meals will still be able to observe them in 2022 as they have done in the past. Beginning in 2023 and going forward, only Fellowship Meals will be accommodated.