# Exhibit 3

## Excerpt from
## DC-ADM 819

health units, and other segregated housing units a minimum of once a week.[4] ***All Chaplains entering/exiting the unit shall sign in/out on the DC-702. Unit staff shall make entries in the logbook and daily report documenting the visit.***

2. Inmates in Security Level 5 Housing Units may possess sacred texts and religious literature as outlined on the **Individual Sacred Objects Chart** (refer to **Attachment 3-B**). Security Level 5 Housing Unit staff shall inspect all religious materials before they are given to inmates.

3. Where sacred texts and other religious literature are available in both soft and hard bound copies, soft bound copies will be provided to inmates in Security Level 5 Housing Units. In accordance with Department policy **6.5.1, "Administration of Security Level 5 Housing Units,"** Section 1, hard bound sacred texts are permitted in Security Level 5 housing Units; however, the Institution Publication Review Committee (IPRC) may impose a "soft bound only restriction" with reasonable cause (e.g., found contraband, inappropriate use of hard bound book, etc.).

4. The FCPD shall develop local procedures to permit a Security Level 5 inmate access to books from the Religious Library based on the inmate's custody status and management phase/level.

5. The facility will ensure that the Religious Services Department is notified when an inmate is admitted to an outside hospital. As feasible, the FCPD/designee will visit inmates admitted to outside hospitals in accordance with Department policy **DC-ADM 812, "Inmate Visiting Privileges,"** Section 1. When the hospital to which an inmate is admitted is closer to another state correctional facility, FCPDs may contact each other to coordinate visitation.

6. An inmate in a specialized housing unit may visit with his/her Religious Advisor in accordance with Department policy **6.5.1**.

**E. Food Services**
(See Bulletin #1 dated 10-4-2021 for information on Fellowship Meals.)

Special foods may be provided as required for the celebration of major religious holy days consistent with established Department policy. Otherwise, food preparation shall conform to Department policy **DC-ADM 610, "Food Services."**

1. Ceremonial Meals

   a. The BTS will issue memos regarding all approved ceremonial meals, from which each facility is to prepare a Plan of Action, coordinated between the FCPD, the respective Facility Chaplain/Contract Chaplain, Security, Food Service Manager and Business Manager, as needed. Inmates participating in ceremonial meals are restricted to the

---

[4] 5-ACI-4A-27

Issued: 3/22/2013
Effective: 3/29/2013

rules and regulations governing these observances as outlined in policy and in BTS memos.

b. In order to attend a respective ceremonial meal, the inmate must be a member in good standing of the sponsoring faith community for a period of six months. For an inmate to be considered an inmate in good standing, he/she will have had to participate in at least half of the primary worship gatherings which have taken place six months prior to the ceremonial meal (as applicable). Additionally, inmate participants in ceremonial meals must be free of Class I misconducts (refer to Department policy **DC-ADM 801, "Inmate Discipline"**) for a period of six months. An inmate placed on non-contact visit status is not eligible to participate in ceremonial meals in accordance with Department policy **DC-ADM 812**.

c. Inmates who are members in good standing of a respective faith community must sign up for participation in ceremonial meals by the deadline established by the facility.

d. Ceremonial meals are limited to a maximum of three hours in duration. This limit incudes the time for processing inmates to and from the location of the ceremonial meal.

e. Menu items provided by the facility and optional menu items (if applicable), which are permitted to be purchased by the faith community, will be limited to those noted on the respective BTS holy day observance memos. All food items will be purchased and prepared by the facility. Only food items that can be reasonably prepared by facility staff are considered for approval. The Food Service Manager will supervise the service of the food to ensure that safe and sanitary practices are followed.

f. The ceremonial meal will replace either the normally scheduled lunch or dinner meal.

g. Costs for optional menu items are to be divided equally among the inmates participating in the ceremonial meal. Inmates may not order optional menu items individually.

h. An inmate, attending a ceremonial meal that involves optional menu items paid for by the inmate community, is required to submit a **DC-138A, Cash Slip** to his/her FCPD by the deadline established by the facility to ensure that necessary funds are available.

i. Monetary donations are permitted from outside individuals or organizations, as permitted by policy, to offset the cost to the inmate community for optional menu items. These monies will be used by the facility's Food Services to purchase approved menu items with the approval of the Facility Manager/designee. Financial donations may not be designated for specific inmates.

j. Food items for inmate consumption at ceremonial meals may not be donated by any outside individual, organization, vendor or community.

1-8

d. Food Services is unable to accommodate inmates with documented allergies to certain foods or those who receive Therapeutic Diets with special religious diet bags for holy day observances. An inmate who is currently on a Therapeutic Diet for medical reasons, has a food allergy or is receiving a snack bag, and still wishes to receive a special religious diet bag for an approved holy day observance must sign a Release from Responsibility for Medical Treatment Form (refer to Department policy **13.2.1, "Access to Health Care," Section 1**) prior to being accommodated with a special religious diet bag.

e. The Department reserves the right to refuse to grant a special religious diet bag for an inmate whose health would be compromised by receiving a special religious diet bag.

3. Commissary

Commissary may elect to sell supplemental foods for certain holy day periods, as recommended and approved by the BTS and Pennsylvania Correctional Industries (PCI).

## F. Records

Faith Group Leaders will provide the FCPD with accurate inmate attendance records for all primary religious gatherings as requested. Average yearly attendance at primary religious gatherings and other requested information will be noted by the FCPD on the **Annual Assessment of Inmate Religious Needs and Religious Personnel Form** (refer to **Attachment 2-C**) and submitted to the Religion, Volunteer and Recreational Services Program Administrator by January 15th of each year.

## G. Financial Considerations

1. General Funds and Religious Materials

General Funds may be used for the purchase of sacred objects used in approved communal religious gatherings only. The kinds of sacred objects for which General Funds may be used are noted on the **Communal Sacred Objects Chart** (refer to **Attachment 3-C**).

2. Inmate General Welfare Fund (IGWF) and Religious Materials

a. IGWF may be used for the purchase of non-religious items used by inmates in religious activities. IGWF monies are typically used for the purchase of musical instruments, sound systems, seating, non-specific floor coverings, etc., as outlined in Department policy **3.1.1, "Fiscal Administration."**

b. The IGWF is not to be used for faith-specific items or for items for possession by individual inmates.

c. It is permissible for facilities to utilize IGWF monies to secure Religious Library reference books which are made available to the entire inmate population.

Issued: 3/22/2013
Effective: 3/29/2013