# Exhibit 4

# 2022 Passover Memo

# pennsylvania
DEPARTMENT OF CORRECTIONS

# MEMO

**TO**   Superintendents                          CPDs
                                                           Rabbis and Jewish Chaplains
                                                           Business Managers

**ATTN**   DSCS
                 CFSMs
                 CCPMs

**FROM**   Kelly Evans, Deputy Secretary for Reentry

**DATE**   January 27, 2022

**RE**   **2022 Jewish Holy Day Memo:**
           **Passover (April 15-23, 2022)**

1. **Audience.** The accommodations noted below are for the observance for inmates who are formally registered in UMS, as specified in the content of this Memo, as either:
   JEWISH (no subcategory);    CHRISTIAN-OTHER Assembly Yahweh;
   JEWISH Orthodox/Conservative/Reform;    CHRISTIAN-OTHER House of Yahweh;
   JEWISH Black Jew / Hebrew-Israelite;    CHRISTIAN-OTHER Messianic.

2. **Coordination.** Each Chaplaincy Program Director (CPD), Rabbi/Jewish Chaplain and Corrections Food Service Manager (CFSM) must coordinate this observance in concert with Security.

3. **Deadline for Participant Numbers.** In order to ensure availability of special foods for these holy day observances, CPDs must provide their CFSM and Angela Cline (CEN Food Services) of the estimated number of inmates who will receive Kosher for Passover Religious Meals (Item #7), attend the Ceremonial Seders (Item #10), and participate in the Full Seder Meal (Item #12) by Friday, February 24, 2022.

4. **State of Emergency.** If communal gatherings are restricted or are not permitted, due to an ongoing state of emergency or other directive, the institution shall develop a Plan of Action (POA) to accommodate this holy day observance as best as possible. The POA shall address requirements relating to any need for social distancing, utilizing PPE, cohorts, using best practices and technology, including having inmates observe some/all of these holy days in their cells.

5. **Start and End Time.** Passover spans nine days, beginning at sunset, April 15, 2022, and ending at nightfall, April 23, 2022. Nightfall occurs about 45 minutes after sunset.

6. **Kosher for Passover Matzah.**
   a. There are only two ways for inmates to receive Kosher for Passover Matzah:
      i. By receiving Kosher for Passover Religious Meals (explained in Item #7), or
      ii. By inmates purchasing Kosher for Passover Matzah as noted below.

   b. Each facility may select one vendor from which the Chaplain's Office will facilitate a group order of Kosher for Passover Matzah paid for by individual Inmates. Inmates must identify with one of the faiths noted in Item #1.
   c. Inmates on AC/DC status may NOT purchase boxes of Kosher for Passover Matzah.
   d. Each eligible inmate can purchase up to six (6) one-pound boxes of Kosher for Passover Matzah. Kosher for Passover Matzah is listed as an Optional Menu Item (see Item # 26).
   e. The CPD/designee will collect and process DC-138A Cash Slips or inmates will submit payment via commissary (as per institutional procedures) so that one group order is made.
   f. The Chaplain's Office is responsible to distribute the boxes of Kosher for Passover Matzah to inmates who paid for them.

7. **Kosher for Passover Religious Meals**
   a. Inmates who express in writing that they will participate in Passover and who are currently approved to receive Kosher Diet Religious Meals will automatically receive Kosher for Passover Religious Meals beginning at lunch, April 15, 2022 through nightfall, April 23, 2022. Inmates who are approved for the Kosher Diet but are not participating in Passover will receive the normal Kosher Diet Religious Meal.
   b. Items on the Kosher for Passover Religious Meals includes: fresh fruit, Kosher for Passover matzah, hard-cooked eggs, Kosher for Passover milk, baked potatoes, raw vegetables, and Kosher for Passover cottage cheese. The menu for the Kosher for Passover Religious Meals is on the Food Services website.
   c. Eligible inmates who are not currently approved for Kosher Diet Religious Meals, but who wish to receive Kosher for Passover Religious Meals during Passover, must submit Form DC-135A, Inmate Request to a Staff Member, to their CPD/designee by the deadline established by the institution. The CPD will provide Food Services with a list of inmates who will receive Kosher for Passover Religious Meals for the duration of Passover.
   d. While receiving Alternative Meals, inmates are NOT eligible to receive any religious diets.
   e. Kosher for Passover Matzah, served as part of the Kosher for Passover Religious Meals, and which is used for the Ceremonial Seders, will be purchased and paid for by Corrections Food Services.

8. **Rules.** Inmates approved for Kosher for Passover Religious Meals:
   a. Must report consistently to and consume all Kosher for Passover Religious Meal contents in the Inmate Dining Rooms (IDR), if IDRs are utilized. If IDRs are not utilized, inmate will receive these meals in their cells;
   b. Must not take or eat any portion of regular meals during Passover;
   c. Must not knowingly misuse any portions of the Kosher for Passover Religious Meals;
   d. Must not give any portion of the Kosher for Passover Religious Meals to other inmates;
   e. May not miss three consecutive meals or more than five meals from the start of the accommodation.
   f. Understand that if they are non-compliant with the Kosher for Passover Religious Meal accommodation, the accommodation will stop;
   g. Understand that they may request to be removed from receiving Kosher for Passover Religious Meals by submitting Form DC-135A, Inmate Request to Staff Member to CPD or otherwise inform the CPD.

iv. They are not currently receiving Alternative Meals.

15. **DOC's Single Point of Entry/Reception Center, Diagnostic and Classification Center Inmates.** DOC's Single Point of Entry/Reception Center inmates (SMI), DCC and IRU inmates, including Parole Violators awaiting transfer, may NOT order or receive Optional Menu Items and will only receive the scheduled Master Menu meal.

16. **Optional Menu Items.**
a. Participating inmates are responsible to pay all costs, including shipping and handling.
b. Optional menu items can be procured from any food vendor(s) and do not need procured from the Food Contract.
c. If no Optional Menu Items are ordered, only the DOC-supplied Full Seder Menu Items will be served.
d. The CPD/Rabbi/Jewish Chaplain, in conversation with the traditional Jewish inmate community, will determine which of the following choices the community will follow with regarding Optional Menu Items:
   i. Each inmate pays the same amount for Optional Menu Items, whether they elect not pay for or are unable to pay for Optional Menu Items will only receive DOC-supplied Full Seder Meal. Each facility must develop a mechanism to keep track of which inmates may only partake of DOC-supplied Full Seder Menu Items.
   ii. Each non-indigent inmate will contribute the SAME monetary amount ABOVE the Optional Menu Items cost (e.g., $1) to pay for indigent inmates, as defined by DOC-ADM 803, to receive Optional Menu Items. Inmates who claim indigent status must submit a request form asking for indigent Status by the deadline established by the institution; and
   iii. An outside monetary donation by an individual, organization or vendor, with the prior approval of the FM/designee, may be designated for indigent inmates to cover Optional Menu Item costs. Donations exceeding what is needed to accommodate indigent inmates may be used to defray the cost for approved non-indigent inmates to receive Optional Menu Items.

17. **Shmurah Matzah.** Institutions may order one box of Shmurah Matzah (i.e., special matzah that has been guarded from being leavened) from a vendor of their choice. Shmurah Matzah is listed as an Optional Menu Item (see Item # 26c).

18. **Collection of Funds.** Approved GP, AC and DC inmates who are approved to receive Optional Menu Items, are required to submit a **DC-138A, Cash Slip** to their CPD/designee or submit payment via commissary by the deadline established by the facility.

19. **Credit and Reimbursement.**
a. Reimbursement of Optional Menu Item costs for inmates who had funds deducted from

their accounts will only be made for inmates who were placed on medical lay-in, transferred out of the facility to a facility which did not accommodate Optional Menu Items, scheduled for a court appearance or released.
b. Reimbursement of Optional Menu Item costs will NOT be made for inmates who, after submitting payment, receive Alternative Meals. All other Optional Menu Item reimbursements must be approved by the FM/designee.

20. **No Outside Food.** Ritual or other food items may not be donated by any employee, contractor or any outside individual, organization or vendor, unless otherwise noted on this memo.

21. **Foregoing DOC Menu Items.** Regardless of whether or not inmates eat the DOC-supplied Full Seder Menu Items, these items will be available and served. Inmates will not receive any credit/refund for not consuming DOC menu items. Inmates able to, but who elect not to participate in the Full Seder Meal will receive the menu items indicated on the Master Menu (or their previously approved therapeutic or religious diet) instead of the Full Seder Meal.

22. **Guests.** Non-approved inmates are NOT permitted to attend or receive the Full Seder Meal. If taking place, outside religious volunteers and public visitors may attend but are NOT permitted to partake of inmate-paid-for Optional Menu Items at the Full Seder Meal.

23. **Seconds.** Only if the ceremonial meal is served communally, may GP inmates have second helpings of the Optional Menu Items after everyone has been served and as long as food is served at one time permit. All Optional Menu Items not consumed by the inmate group must be discarded after the Full Seder Meal.

24. **Ration of Fruit Only.** Consistent with Department practices, only one ration of fruit, if served at the Full Seder Meal, may be taken back to a housing unit.

25. **Kitchen Workers.** At the discretion of the CFSM, Jewish inmates, who already work in Food Services, may be asked to prepare the food for the Full Seder Meal.

26. **Ceremonial Seder, Full Seder Meal and Optional Menu Items:**
a. Ceremonial Seder Food Items (supplied by the facility for the two Ceremonial Seders):

*For the group Ceremonial Seders, subject to a State of Emergency:*
   i. One Roasted Shank/Neck Bone (roasted bone may be chicken, beef, or lamb)
   ii. One Roasted Egg (boiled, pierced, and then placed in a pre-heated oven for 10 min.)
   iii. One Ritual Seder Plate

*For each Ceremonial Seder participant, subject to a State of Emergency:*
   i. Horseradish (labeled Kosher for Passover)
   ii. Haroset (a mixture of Kosher for Passover grape juice, apples, nuts and cinnamon)
   iii. One-piece fresh Parsley (washed) or one-piece Celery Stalk (washed)
   iv. Salt Water
   v. One Roasted Egg (boiled, pierced, and then placed in a pre-heated oven for 10 min.)
   vi. Kosher for Passover Matzah (one square piece per inmate)
   vii. Grape Juice, labeled Kosher for Passover (between 32-48 ounces/participant total to cover both Ceremonial Seders)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Oracio Sanchez  Plaintiff,  )
                            )
                            )
          v.                )     Civil Action No. 2:22-cv-1682
                            )
George M. Little  Defendant. )
                            )

## AUTHORIZATION
## TO BE COMPLETED BY PRISONER
## WHO SEEKS LEAVE TO PROCEED IN FORMA PAUPERIS

I, Oracio Sanchez Jr. (name), hereby authorize the custodian of my inmate account, upon

order of a judge of the United States District Court of the Western District of Pennsylvania, to

(1)   withdraw from my account and pay to the Clerk, United States District Court

      for the Western District of Pennsylvania, the initial partial filing fee (20% of

      the greater of the average monthly deposits to my account for the past six

      months, or the average monthly balance in my account for the past six months)

      and

(2)   if there remains any unpaid fee due and owing to the court, thereafter to set

      aside and accrue/freeze on a monthly basis twenty percent (20%) of the

      preceding month's deposits credited to my account and

(3)   each time the amount in my account exceeds $10.00 to forward to the Clerk the

      amounts accrued/frozen until the filing fee in the amount of $350 has been paid

      in full.

_____          November 24, 2022
PLAINTIFF'S SIGNATURE                     DATE