CLERK, U.S. DISTRICT COURT<br>
FOR THE WESTERN DISTRICT<br>
OF PENNSYLVANIA<br><br>
NOV 2 8 2022<br><br>

Oracio Sanchez Jr.
Inmate Number KR-8346
SCI Fayette
50 Overlook Dr.
Labelle, Pa. 15450

November 21, 2022

Prothonotary
U.S. District Court
700 Grant St.
Room 3110
Pitt., Pa. 19

**In re:** Initiation of Civil Action

Dear Prothonotary:

    Enclosed, are four copies of my complaint with memorandum of law with exhibits. There is one original and three copies. Please place one in the record and forward the rest to the proper authorities. Also enclosed herein are two U.S. Marshall forms and two Summons; as well as a Magistrate consent form and my application for in-forma pauperis status.

    The Six months' worth of my institutional financial statements are being sent separately. Lastly, can you please send me the case number assigned to my case?

    Thank you for your time and help in the matter.

RESPECTFULLY,<br><br>
<em>[signature]</em><br>
Oracio Sanchez Jr.